EISEK KORN and SARAH KORN, Respondents, *v.* MAX LIPMAN and MAX GOLD, Appellants.

Appeal from an order entered on the 21st day of November, 1910, denying a motion for judgment on the pleadings.

Order affirmed, with ten dollars costs and disbursements, on the authority of *Gay* v. *Ulrichs* (136 App. Div. 809). No opinion. Present — Ingraham, P. J. (dissenting), Clarke, Scott, Miller and Dowling, JJ.

INGRAHAM, P. J. (dissenting): I dissent upon the ground that section 802 of the Code of Civil Procedure was amended by chapter 65 of the Laws of 1909, and since that amendment section 801 applied to the service of a summons by mail.

SONTHEIMER EMBROIDERY MANUFACTURING COMPANY, Respondent, *v.* BERTHA MAIER, Appellant.

Appeal from a judgment entered on the 11th day of May, 1910, upon the verdict of a jury, and also from an order entered on the 23d day of May, 1910, denying a motion for a new trial. Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

LAUGHLIN, J. (dissenting): I dissent on the exception to the charge with respect to the inference to be drawn by the jury on account of the failure of the defendant to produce or issue a commission to take the testimony of Russ, her former attorney.

Nannie J. Barry, Respondent, v. The City of New York, Appellant. — Judgment affirmed, with costs, on *People ex rel. Pardee* v. *Coggey* (132 App. Div. 268).

Annie M. Fitzgerald, Respondent, v. The City of New York, Appellant. — Judgment affirmed, with costs, on *People ex rel. Pardee* v. *Coggey* (132 App. Div. 268).

Lillian J. Carr, Appellant, v. Aaron C. Allen, Jr., and Ethan Allen, Individually and as Executors of and Testamentary Trustees under the Last Will and Testament of Aaron C. Allen, Deceased, Respondents. — Judgment affirmed, with costs. No opinion.

E. Porter Fraker, Respondent, v. A. G. Hyde & Sons, Appellant. — Judgment and order affirmed, with costs. No opinion.

Frank Voigtmann and S. Harris Pomeroy, Respondents, v. Annie De Jonge, Appellant. — Order affirmed, with costs. No opinion.